UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NISHAD KUNJU,<br><br>Defendant. | NO. CR20-151 (6) RAJ<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 16th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

SECRET: YES __X__ NO _____

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970