The Hon. Robert A. Jones

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   UNITED STATES OF AMERICA,          NO. CR20-151- RAJ

11          Plaintiff,

12          v.                          **NOTICE OF APPEARANCE
                                        OF ADDITIONAL COUNSEL**
13                                      **FOR THE UNITED STATES**
     EPHRAIM ROSENBERG, *et al*.,
14

15          Defendants.
16

17

18          PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Jehiel

19   I. Baer hereby appears on behalf of the United States, for the specific purpose of

20   litigating the forfeiture aspects of this case. Going forward, please serve copies of all

21   pleadings, court documents, and correspondence on AUSA Jehiel I. Baer at:

22

23          JEHIEL I. BAER
            Assistant United States Attorney
24          United States Attorney's Office
            700 Stewart Street, Suite 5220
25          Seattle, WA  98101
            (206) 553-2242
26          Jehiel.Baer@usdoj.gov

27

28

Notice of Appearance - 1
*United States v. Rosenberg, et al.,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     DATED this 19th day of January, 2021.

2

3                          Respectfully submitted,

4                          BRIAN T. MORAN
                         United States Attorney

5

6

7                          */s/ Jehiel I. Baer*
                         JEHIEL I. BAER

8                          Assistant United States Attorney
                         United States Attorney's Office

9                          700 Stewart Street, Suite 5220

10                         Seattle, WA  98101
                         (206) 553-2242

11                          Jehiel.Baer@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance - 2
*United States v. Rosenberg, et al.,* CR20-151-RAJ

1

2

**CERTIFICATE OF SERVICE**

3        I hereby certify that on January 19, 2021, I electronically filed the foregoing

4   Notice with the Clerk of the Court using the CM/ECF system, which sends notice of the

5   filing to all ECF participants of record.

6

7

8                                          /s/ Chantelle Smith
                                          CHANTELLE SMITH
9                                          FSA Supervisory Paralegal, Contractor
                                          United States Attorney's Office
10                                          700 Stewart Street, Suite 5220
11                                          Seattle, WA 98101
                                          (206) 553-2242
12                                          Chantelle.Smith2@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance - 3
*United States v. Rosenberg, et al.,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970